**U.S. Department of Justice**  **UNSEALED**                                   Criminal Docket
Washington, D.C.
11/2/2016/aa

_____McALLEN_____ Division          CR. No. _____ **M-16-1627**

**SEALED INDICTMENT** Filed: <u>November 8, 2016</u>  Judge: _____ **RICARDO H. HINOJOSA** _____
County: Hidalgo
Lions #: **2016R21722**                        Attorneys:
UNITED STATES OF AMERICA              <u>KENNETH MAGIDSON, U. S. ATTORNEY</u>

v.                                   <u>ROBERTO LOPEZ, JR., ASST. U.S. ATTORNEY</u>

<u>JOSE LUIS SOTO-LOPEZ</u>·           <u>Ct. 1 & 2  JUAN J. BECERRA, AFPD 630-2995</u>
<u>ERICA JANINE SOTO</u> - Bond       <u>Ct. 1 & 2  RAUL GUAJARDO RET'D 318-3200</u>

Charge(s):   <u>Ct. 1:</u>       <u>Conspiracy to transport aliens within the United States.</u>
                          Title 8, United States Code, Sections 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(ii), and
                          1324(a)(1)(B)(i)
             <u>Ct. 2:</u>       <u>Conspiracy to harbor illegal aliens within the United States</u>
                          Title 8, United States Code, Sections, 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii), and
                          1324(a)(1)(B)(i)

Total
Counts
**(2)**

Penalty:    <u>Cts. 1 - 2:</u>   <u>Imprisonment for not more than 10 years and/or a fine of $250,000 and not more</u>
                          <u>than a 3 yr. SRT (as to each count)</u>

Agency:     <u>Bureau of Customs & Border Protection – Ruben Mendoza</u>

Proceedings

Date