Marshals

United States District Court
Southern District of Texas
**ENTERED**
November 10, 2016
David J. Bradley, Clerk

U.S. Department of Justice
United States Attorney

# United States District Court
## SOUTHERN District of Texas
### McALLEN DIVISION

| UNITED STATES OF AMERICA | § | |
| --- | --- | --- |
| | § | |
| | § | GRAND JURY NO. 32 |
| V. | § | |
| | § | CRIMINAL NO. M-16-1627 |
| JOSE LUIS SOTO-LOPEZ, ET AL | § | |

### ORDER FOR BENCH WARRANT
### AND SETTING AMOUNT OF BAIL

It appearing to the Court that an indictment has been returned against the below-named defendant, it is hereby

ORDERED that warrants be issued for the arrest of said defendant, and bail is hereby fixed in the amount(s) shown below, returnable instanter to the McAllen Division of this Court, such bail to be taken by any United States Magistrate.

| DEFENDANTS | AMOUNT OF BAIL |
| --- | --- |
| JOSE LUIS SOTO-LOPEZ | NO BOND |
| ERICA JANINE SOTO | NO BOND |

ENTERED at McAllen, Texas, this 8th day of November, 2016.

_____
UNITED STATES MAGISTRATE JUDGE